■ In the Matter of GARY E. BASHIAN, Petitioner, v JAMES V. BRANDS et al., Respondents. [893 NYS2d 905]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondent James V. Brands, a Justice of the Supreme Court, Dutchess County, from conducting "any further proceedings that deprive [the] petitioner" of certain rights in an action entitled *Rock City Sound, Inc. v Bashian & Farber, LLP*, pending under Dutchess County index No. 4525/08.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Covello, J.P., Miller, Dickerson and Eng, JJ., concur.